TROUTMAN PEPPER LOCKE LLP
100 S.W. MAIN STREET, SUITE 1000
PORTLAND, OR 97204

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NAVID BORJIAN,

Plaintiff,

vs.

PAYPAL, INC.; ROBINHOOD MARKETS, INC.,

Defendants.

Case No. 3:26-cv-08475-LJC

**ORDER AS MODIFIED ON STIPULATION [ECF NO. 12] TO SUBMIT CLAIMS TO ARBITRATION AND TO STAY ACTION AGAINST PAYPAL PENDING ARBITRATION**

Judge: Hon. Lisa J. Cisneros
Ctrm.: G

Having considered the Stipulation to Submit Claims to Arbitration and to Stay Action Against PayPal Pending Arbitration filed by Plaintiff Navid Borjian and Defendant PayPal, Inc., and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff shall submit his claims asserted in this action against Defendant PayPal, Inc. to binding arbitration before JAMS; and
2. This action shall be stayed with respect to Plaintiff's claims against Defendant PayPal, Inc. pending resolution of the arbitration.
3. Plaintiff and Defendant PayPal, Inc. shall file a joint status report regarding the status of the arbitration proceeding every six months until the case is resolved, with the first

status report being due on March 15, 2027, to align with the joint status reports by Plaintiff and Defendant Robinhood Markets, Inc.

Dated: ________October 14, 2026_________

_______________________________
Hon. Lisa J. Cisneros
District Court Magistrate Judge